1  WAYNE S. GRAJEWSKI (Bar No. 71019)
   AIMEE Y. WONG (Bar No. 179369)
2  BROWN, WINFIELD & CANZONERI, INC.
   300 South Grand Avenue, Suite 1500
3  Los Angeles, California 90071-3125
   Telephone: (213) 687-2100
4  Facsimile: (213) 687-2149

5  Attorneys for Plaintiff
   IMAGINE, INC.
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | IMAGINE, INC., a Nevada corporation, | CASE NO.: C06-02692 SC

12 | Plaintiff, |

13 | v. | (Assigned for All Purposes to Hon. Samuel Conti)

14 | SPI/SEMICON, INC., a California corporation; SPI/SEMICON PHILS., | **PLAINTIFF'S ADMINISTRATIVE MOTION AND [PROPOSED]**
15 | INC., a Philippines corporation; SPI/SEMICON EUROPE GmbH, an | **ORDER TO FILE EXHIBITS "1" AND "2" OF THE DECLARATION**
16 | Austrian corporation; DML, INC., a Nevada corporation; DAVID KIETZKE, | **OF CYNTHIA SPENCER UNDER SEAL; DECLARATION OF AIMEE**
17 | an individual; LARRY KIETZKE, an individual; MICHAEL KIETZKE, an | **Y. WONG IN SUPPORT THEREOF**
18 | individual; and DOES 1 through 50, inclusive, | [N.D. CAL. L.R. 7-11; 79-5]

19 | Defendants. | [Complaint Filed: March 14, 2006]

20 | | [Removal Date: April 20, 2006]

21

22

23     Plaintiff Imagine, Inc. hereby moves pursuant to Northern District of California

24 Local Rules 7-11 and 79-5 for leave to file Exhibits "1" and "2" to the Declaration of

25 Cynthia Spencer in support of the Brief of Plaintiff Imagine, Inc., re: The Reasons

26 Why This Action Should Be Remanded to State Court under seal. Plaintiff's Brief

27 was filed on July 7, 2006.

28

1
ADMINISTRATIVE MOTION AND [PROPOSED] ORDER TO FILE UNDER SEAL;
DECLARATION OF AIMEE Y. WONG

342893.1  001771.0001

This Motion is made on the grounds that the above-referenced exhibits contain highly sensitive business, financial, and accounting information of several of the Defendant corporations. See Declaration of Aimee Y. Wong ("Wong Decl.") ¶ 2. Moreover, one or more of these documents are likely subject to a contractual confidentiality provision between Plaintiff and Defendant SPI/Semicon, Inc. as reflected in Exhibit D to the Consulting Agreement. See Wong Decl. ¶ 3.

Plaintiff further notes that it has tailored this Motion as narrowly as possible to preserve the public interest in free and open access to the proceedings of this Court. See Wong Decl. ¶ 4. Finally, I left a voice-mail message with Paul Rice, counsel for the Defendants, discussing the substance of this Motion. See Wong Decl. ¶ 5. These documents were previously filed under seal in support of Plaintiff's Opposition to the Motion to Dismiss on or about May 18, 2006. At that time, Mr. Rice agreed that the exhibits contained the type of information that the Defendants consider confidential and which should be filed under seal. See Wong Decl. ¶5.

DATED: July 7, 2006

WAYNE S. GRAJEWSKI
AIMEE Y. WONG
BROWN, WINFIELD & CANZONERI, INC.
By:

_____
Aimee Y. Wong
Attorneys for Plaintiff
IMAGINE, INC.

[~~PROPOSED~~] ORDER

After considering Plaintiff's Administrative Motion to File Exhibits "1" and "2" to the Declaration of Cynthia Spencer Under Seal and the concurrently-filed Declaration of Aimee Y. Wong in Support Thereof:

IT IS HEREBY ORDERED that Exhibits "1" and "2" of the Declaration of Cynthia Spencer in Support of the Brief of Plaintiff re: The Reasons Why This Action Should Be Remanded to State Court shall be filed under seal.

DATED:   9/5/06                By: _____
                                United States District Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*

BROWN, WINFIELD & CANZONERI, INC.
300 South Grand Avenue, 15th Floor
Los Angeles, California 90071-3125

## DECLARATION OF AIMEE Y. WONG

I, AIMEE Y. WONG, declare:

1. I am an attorney at law duly licensed to practice before all courts of the State of California, and in the United States District Court for the Northern District of California. I am an Associate with the law firm of Brown, Winfield & Canzoneri, Inc., attorneys of record herein for Plaintiff Imagine, Inc. I make this declaration in support of Plaintiff's Administrative Motion to File Exhibits "1" and"2" of the Declaration of Cynthia Spencer Under Seal. The facts set forth herein are true of my own personal knowledge, and if called upon to testify thereto, I could and would competently do so under oath.

2. The documents attached to the Declaration of Cynthia Spencer as Exhibits "1" and "2" contain sensitive business, financial and accounting information of one or more Defendant corporations.

3. In addition, one or more of those documents likely fall under the ambit of the confidentiality provisions of the Consulting Agreement between Plaintiff and Defendant SPI/Semicon, Inc. Accordingly, failure to seek the Court's leave to file Exhibits "1" through "2" under seal could expose Plaintiff to liability under the Consulting Agreement.

4. In preparing this Motion, I have tailored it as narrowly as possible, in order to preserve the public interest in free and open access to the proceedings of this Court.

5.  On July 7, 2006, at approximately 12:30 p.m., I left a voice-mail for Paul Rice of Rutan & Tucker, counsel for Defendants in this matter. I informed Mr. Rice of my intent to lodge Exhibits "1" and "2" to the Declaration of Cynthia Spencer with this request to file under seal. These same documents have previously been filed under seal when Plaintiff's filed their Opposition to the Motion to Dismiss on or about May 18, 2006. At that time, Mr. Rice agreed that these documents contained confidential business, financial and accounting information and the documents should be filed under seal.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 7, 2006 at Los Angeles, California.

_____
Aimee Y. Wong